IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDOLPH C. FLINN,
     Plaintiff,

vs.                             Case No.  3:13cv58/LAC/CJK

STATE OF FLORIDA, et al.,
     Defendants.
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 15, 2013. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objection filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

3.    The clerk is directed to close the file.


DONE AND ORDERED this 29th  day of April, 2013.




s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE